# United States Bankruptcy Court
## District of Minnesota

In re    **Ricky Ray Schmatz**                          Case No. _____

                                         Debtor(s)            Chapter    **13**

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

☒ **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

     ☐ Debtor was not employed during the 60 days preceding the filing of the petition;

     ☐ Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

     ☐ Debtor was self-employed during the 60 days preceding the filing of the petition;

     ☐ Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

     ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _____/s/ Ricky Schmatz_____      Date: __11-14-14__

*******************************************************************

☐ **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

     ☐ Joint Debtor was not employed during the 60 days preceding the filing of the petition;

     ☐ Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

     ☐ Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

     ☐ Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

     ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _____      Date: _____

## CITY OF SARTELL

11/19/14 11:00 AM
Page 34

## Payroll Register

Pay Groups: 02
Pay Periods: 24

| Employee # | Name | Occupation | Soc. Sec. No | Period | Ending Date |
|---|---|---|---|---|---|
| 000000301 | SCHMATZ, RICKY R | MAINTENANCE WORK | | 24 | 19-Nov-14 |

| Withholding Info | Exempt | Exemptions | Marital Status | Extra Withholdings | Special Deductions |
|---|---|---|---|---|---|
| FEDERAL TAX | No | 10 | Married Filing Jointly; Spouse Employed | $0.00 | $0.00 |
| State Tax - MN | No | 10 | Married Filing Jointly; Spouse Not Employed | $0.00 | $0.00 |

### Earnings

| Pay Method | Units | Rate | Amount |
|---|---|---|---|
| HOURLY | 80.00 | 21.69 | $1,735.20 |

### Deductions/Benefits

| Description | Deduction/Benefit | YTD |
|---|---|---|
| PERA-COORD | $108.45 | $2,677.50 |
| MN STATE RET | $10.00 | $240.00 |
| Social Security | $94.81 | $2,354.59 |
| Medicare | $22.17 | $550.63 |
| HEALTH CARE SAVINGS | $34.70 | $856.75 |
| INS-PRE TAX | $43.76 | $962.66 |
| TASC FLEX-HSA CONTR | $119.23 | $2,861.52 |
| MBA-POST TAX | $63.49 | $1,587.32 |
| UNION DUES | $26.50 | $581.00 |
| COLONIAL ACCIDENT INS | $8.25 | $181.50 |
| GARNISHMENT | $314.29 | $314.29 |
| **Total Deductions:** | **$845.65** | **$13,167.76** |
| FICA | $94.81 | $2,354.59 |
| MEDICARE | $22.17 | $550.63 |
| PERA-COORD | $125.80 | $3,105.92 |
| **Total Benefits:** | **$242.78** | **$6,011.14** |

### Leave

| Description | Used | Accr. | Balance |
|---|---|---|---|
| SICK LEAVE | 0.00 | 0.00 | 24.00 |
| COMP TIME | 8.00 | 21.00 | 13.00 |
| VACATION-TEA | 0.00 | 0.00 | 28.50 |
| EARLY SETTLE | 0.00 | 0.00 | 0.00 |

| | Gross | Net | Federal Taxable |
|---|---|---|---|
| Period: | $1,735.20 | $889.55 | $1,410.81 |
| YTD: | $42,840.10 | $24,972.04 | $35,060.17 |

# CITY OF SARTELL

## Payroll Register

Pay Groups: 02
Pay Periods: 23

11/05/14 12:54 PM
Page 33

| Employee # | Name | Occupation | Soc. Soc. No | Period | Ending Date |
|---|---|---|---|---|---|
| 000000301 | SCHMATZ, RICKY R | MAINTENANCE WORK | | 23 | 05-Nov-14 |

| Withholding Info | Exempt | Exemptions | Marital Status | Extra Withholdings | Special Deductions |
|---|---|---|---|---|---|
| FEDERAL TAX | No | 2 | Single | $0.00 | $0.00 |
| State Tax - MN | No | 2 | Single | $0.00 | $0.00 |

### Earnings

| Pay Method | Units | Rate | Amount |
|---|---|---|---|
| HOURLY | 80.00 | 21.69 | $1,735.20 |

### Deductions/Benefits

| Description | Deduction/Benefit | YTD |
|---|---|---|
| PERA-COORD | $108.45 | $2,569.05 |
| MN STATE RET | $10.00 | $230.00 |
| Social Security | $94.81 | $2,259.78 |
| Medicare | $22.17 | $528.46 |
| FEDERAL TAX | $135.61 | $3,332.17 |
| State Tax - MN | $55.80 | $1,368.13 |
| HEALTH CARE SAVINGS | $34.70 | $822.05 |
| INS-PRE TAX | $43.76 | $918.90 |
| TASC FLEX-HSA CONTR | $119.23 | $2,742.29 |
| MBA-POST TAX | $63.49 | $1,523.83 |
| UNION DUES | $26.50 | $554.50 |
| COLONIAL ACCIDENT INS | $8.25 | $173.25 |
| Total Deductions: | $722.77 | $17,022.41 |
| | | |
| FICA | $94.81 | $2,259.78 |
| MEDICARE | $22.17 | $528.46 |
| PERA-COORD | $125.80 | $2,980.12 |
| Total Benefits: | $242.78 | $5,768.36 |

### Leave

| Description | Used | Accr. | Balance |
|---|---|---|---|
| SICK LEAVE | 0.00 | 8.00 | 24.00 |
| COMP TIME | 0.00 | 0.00 | 0.00 |
| VACATION-TEA | 3.50 | 10.00 | 28.50 |
| EARLY SETTLE | 0.00 | 0.00 | 0.00 |

| | Gross | Net | Federal Taxable |
|---|---|---|---|
| Period: | $1,735.20 | $1,012.43 | $1,410.81 |
| YTD: | $41,104.90 | $24,082.49 | $33,649.36 |

# CITY OF SARTELL

## Payroll Register

Pay Groups: 02
Pay Periods: 22

10/22/14 12:15 PM
Page 34

| Employee # | Name | Occupation | Soc. Sec. No | Period | Ending Date |
|---|---|---|---|---|---|
| 000000301 | SCHMATZ, RICKY R | MAINTENANCE WORK | | 22 | 22-Oct-14 |

| Withholding Info | Exempt | Exemptions | Marital Status | Extra Withholdings | Special Deductions |
|---|---|---|---|---|---|
| FEDERAL TAX | No | 2 | Single | $0.00 | $0.00 |
| State Tax - MN | No | 2 | Single | $0.00 | $0.00 |

### Earnings

| Pay Method | Units | Rate | Amount |
|---|---|---|---|
| HOURLY | 80.00 | 21.69 | $1,735.20 |

### Deductions/Benefits

| Description | Deduction/Benefit | YTD |
|---|---|---|
| PERA-COORD | $108.45 | $2,460.60 |
| MN STATE RET | $10.00 | $220.00 |
| Social Security | $94.81 | $2,164.97 |
| Medicare | $22.17 | $506.29 |
| FEDERAL TAX | $135.61 | $3,196.56 |
| State Tax - MN | $55.80 | $1,312.33 |
| HEALTH CARE SAVINGS | $34.70 | $787.35 |
| INS-PRE TAX | $43.76 | $875.14 |
| TASC FLEX-HSA CONTR | $119.23 | $2,623.06 |
| MBA-POST TAX | $65.24 | $1,460.34 |
| UNION DUES | $26.50 | $528.00 |
| COLONIAL ACCIDENT INS | $8.25 | $165.00 |
| *Total Deductions:* | $724.52 | $16,299.64 |
| | | |
| FICA | $94.81 | $2,164.97 |
| MEDICARE | $22.17 | $506.29 |
| PERA-COORD | $125.80 | $2,854.32 |
| *Total Benefits:* | $242.78 | $5,525.58 |

### Leave

| Description | Used | Accr. | Balance |
|---|---|---|---|
| SICK LEAVE | 0.00 | 0.00 | 16.00 |
| COMP TIME | 0.00 | 0.00 | 0.00 |
| VACATION-TEA | 9.00 | 0.00 | 22.00 |
| EARLY SETTLE | 8.00 | 0.00 | 0.00 |

|  | Gross | Net | Federal Taxable |
|---|---|---|---|
| Period: | $1,735.20 | $1,010.68 | $1,410.81 |
| YTD: | $39,369.70 | $23,070.06 | $32,238.55 |

## CITY OF SARTELL

10/08/14 10:53 AM
Page 32

### Payroll Register

Pay Groups: 02
Pay Periods: 21

| Employee # | Name | Occupation | Soc. Sec. No | Period | Ending Date |
|---|---|---|---|---|---|
| 000000301 | SCHMATZ, RICKY R | MAINTENANCE WORK | | 21 | 08-Oct-14 |

| Withholding Info | Exempt | Exemptions | Marital Status | Extra Withholdings | Special Deductions |
|---|---|---|---|---|---|
| FEDERAL TAX | No | 2 | Single | $0.00 | $0.00 |
| State Tax - MN | No | 2 | Single | $0.00 | $0.00 |

**Earnings**

| Pay Method | Units | Rate | Amount |
|---|---|---|---|
| HOURLY | 80.00 | 21.69 | $1,735.20 |

**Deductions/Benefits**

| Description | Deduction/Benefit | YTD |
|---|---|---|
| PERA-COORD | $108.45 | $2,352.15 |
| MN STATE RET | $10.00 | $210.00 |
| Social Security | $94.81 | $2,070.16 |
| Medicare | $22.17 | $484.12 |
| FEDERAL TAX | $135.61 | $3,060.95 |
| State Tax - MN | $55.80 | $1,256.53 |
| HEALTH CARE SAVINGS | $34.70 | $752.65 |
| INS-PRE TAX | $43.76 | $831.38 |
| TASC FLEX-HSA CONTR | $119.23 | $2,503.83 |
| MBA-POST TAX | $65.24 | $1,395.10 |
| UNION DUES | $26.50 | $501.50 |
| COLONIAL ACCIDENT INS | $8.25 | $156.75 |
| *Total Deductions:* | $724.52 | $15,575.12 |
| | | |
| FICA | $94.81 | $2,070.16 |
| MEDICARE | $22.17 | $484.12 |
| PERA-COORD | $125.80 | $2,728.52 |
| *Total Benefits:* | $242.78 | $5,282.80 |

**Leave**

| Description | Used | Accr. | Balance |
|---|---|---|---|
| SICK LEAVE | 0.00 | 8.00 | 16.00 |
| COMP TIME | 0.00 | 0.00 | 0.00 |
| VACATION-TEA | 8.00 | 10.00 | 31.00 |
| EARLY SETTLE | 0.00 | 0.00 | 8.00 |

| | Gross | Net | Federal Taxable |
|---|---|---|---|
| Period: | $1,735.20 | $1,010.68 | $1,410.81 |
| YTD: | $37,634.50 | $22,059.38 | $30,827.74 |

# CITY OF SARTELL

## Payroll Register

Pay Groups: 02
Pay Periods: 20

08/24/14 10:34 AM
Page 34

| Employee # | Name | Occupation | Soc. Sec. No | Period | Ending Date |
|---|---|---|---|---|---|
| 000000301 | SCHMATZ, RICKY R | MAINTENANCE WORK | | 20 | 24-Sep-14 |

| Withholding Info | Exempt | Exemptions | Marital Status | Extra Withholdings | Special Deductions |
|---|---|---|---|---|---|
| FEDERAL TAX | No | 2 | Single | $0.00 | $0.00 |
| State Tax - MN | No | 2 | Single | $0.00 | $0.00 |

### Earnings

| Pay Method | Units | Rate | Amount |
|---|---|---|---|
| HOURLY | 80.00 | 21.69 | $1,735.20 |

### Deductions/Benefits

| Description | Deduction/Benefit | YTD |
|---|---|---|
| PERA-COORD | $108.45 | $2,243.70 |
| MN STATE RET | $10.00 | $200.00 |
| Social Security | $94.81 | $1,975.35 |
| Medicare | $22.17 | $461.95 |
| FEDERAL TAX | $135.61 | $2,925.34 |
| State Tax - MN | $55.80 | $1,200.73 |
| HEALTH CARE SAVINGS | $34.70 | $717.95 |
| INS-PRE TAX | $43.76 | $787.62 |
| TASC FLEX-HSA CONTR | $119.23 | $2,384.60 |
| MBA-POST TAX | $65.24 | $1,329.86 |
| UNION DUES | $26.50 | $475.00 |
| COLONIAL ACCIDENT INS | $8.25 | $148.50 |
| *Total Deductions:* | $724.52 | $14,850.60 |
| | | |
| FICA | $94.81 | $1,975.35 |
| MEDICARE | $22.17 | $461.95 |
| PERA-COORD | $125.80 | $2,602.72 |
| *Total Benefits:* | $242.78 | $5,040.02 |

### Leave

| Description | Used | Accr. | Balance |
|---|---|---|---|
| SICK LEAVE | 0.00 | 0.00 | 8.00 |
| COMP TIME | 0.00 | 0.00 | 0.00 |
| VACATION-TEA | 8.50 | 0.00 | 29.00 |
| EARLY SETTLE | 0.00 | 0.00 | 8.00 |

| | Gross | Net | Federal Taxable |
|---|---|---|---|
| Period: | $1,735.20 | $1,010.68 | $1,410.81 |
| YTD: | $35,899.30 | $21,048.70 | $29,416.93 |